# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| JAMES BARWICK, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

## COMPLAINT FOR DAMAGES
## UNDER THE FEDERAL TORT CLAIMS ACT

Plaintiff James Barwick, by and through undersigned counsel, files his Complaint against Defendant United States of America, showing the following:

1.

This is an action against the Defendant United States of America under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 and 28 U.S.C. § 1346, for negligence and professional malpractice in connection with medical care provided to Plaintiff by healthcare providers at Albany Area Primary Health Care, Inc.

2.

At all relevant times, Albany Area Primary Health Care, Inc. ("AAPHC") and its agents/employees, including Purvis Collier, P.A. and Phillip Poulos, M.D., were deemed to be FTCA-covered employees.

1

3.

The claims herein are brought against Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. §§ 2671-2680 and 28 U.S.C. § 1346) for money damages as compensation for personal injuries caused by Defendant's negligence.

4.

Plaintiff has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act.

5.

Plaintiff served notice of his claim on the U.S. Department of Health and Human Services ("HHS") less than two years after the incident forming the basis of this lawsuit, in accordance with 28 U.S.C. § 2401(b) and 28 U.S.C. § 2675.  The Administrative Claim Number is 2021-0189.  A copy of the Form 95 and the HHS acknowledgement letter are attached as Exhibit "A".

6.

Plaintiff files the instant Complaint pursuant to 28 U.S.C. § 2401(b) because the U.S. Department of Health and Human Services did not make a final disposition of the claim within six months after the claim was filed.

## PARTIES, JURISDICTION, AND VENUE

7.

At all relevant times, Plaintiff was a citizen and resident of the State of Georgia.

8.

At all relevant times, Defendant United States of America, through its agency, the Department of Health and Human Services, deemed AAPHC and its agents/employees to be employees of the Federal Government for the purpose of section 224(h), and covered under the Federal Tort Claims Act. The AAPHC location where the medical treatment at issue occurred is located at 1712 East Broad Avenue, Albany, Georgia 31705-2611.

9.

At all relevant times, the directors, officers, operators, administrators, employees, agents, and staff were employed by and/or acting on behalf of AAPHC. Consequently, Defendant United States of America is responsible for the negligent acts of the AAPHC employees and agents under *respondeat superior*.

10.

Defendant United States of America and Albany Area Primary Health Care, Inc. and its agents/employees are collectively referred to below as "AAPHC".

11.

Jurisdiction is proper under 28 U.S.C. § 1346(b)(1).

12.

Venue is proper under 28 U.S.C. § 1402(b) because the acts or omissions forming the basis of this claim occurred in the Middle District of Georgia.

### FACTUAL ALLEGATIONS

13.

Plaintiff James T. Barwick was seen by Purvis Collier, P.A., at AAPHC on October 8, 2019.

14.

It is documented in the AAPHC medical records for the October 8, 2019 visit that Mr. Barwick was complaining of vomiting, diarrhea, and abdominal pain. His temperature was 101. It is also documented that Mr. Barwick had low blood pressure, 94/64. Mr. Barwick also reported abdominal pain "in both of his sides."

15.

During the October 8, 2019, visit, Mr. Barwick was diagnosed with hypotension. He was instructed to discontinue his Lisinopril temporarily due to the low blood pressure. A complete CBC with auto diff WBC was ordered, and Mr. Barwick was instructed to follow up with AAPHC in 2-3 days.

16.

Mr. Barwick followed up with AAPHC on October 11, 2019. On that date he was seen by Phillip Richard Poulos, M.D.

17.

Dr. Poulos took a history from Mr. Barwick, who reported that he had been suffering from diffuse abdominal muscle cramps. Mr. Barwick stated that the pain was so severe he was unable to eat.

18.

It is documented that his abdomen was "more bloated than usual." Mr. Barwick also complained of "diffuse sweating".

19.

Mr. Barwick's heart rate was recorded at 142 beats per minute and his pain was rated an 8/10.

20.

Mr. Barwick was also suffering from "enduring side pain".

21.

During the October 11, 2019, visit, Dr. Poulos reviewed the results of the CBC blood test from the October 8, 2019 visit. Mr. Barwick's white blood cell count was 21.5, which is a critically high result. His neutrophils were documented at 88.3%.

His monocytes was documented at 1.4.  His BUN/Creatinine was documented at 41 and 1.42, respectively.

22.

During the October 11, 2019 visit, Dr. Poulos performed a physical examination of Mr. Barwick.  In the records, the abdominal area is described as "firm, distended, and diffusely tender."  Under the "assessments" portion of the medical records, it is documented that Mr. Barwick was suffering from generalized abdominal pain with AKI (acute kidney injury).

23.

Dr. Poulos noted in the records that "his abdominal bloating is worrisome."

24.

Dr. Poulos documented that Mr. Barwick had "abnormal blood chemistry . . . consistent with AKI (acute kidney injury) with dehydration."

25.

At the conclusion of the October 11, 2019 visit, Dr. Poulos referred Mr. Barwick to Phoebe Diagnostic Radiology for an abdominal ultrasound.  Under "reason" the records state "patient with acute abdominal bloating and pain after strenuous activity, with AKI (acute kidney injury)".

26.

Dr. Poulos instructed Mr. Barwick to follow-up with the practice in one week to discuss the results of the abdominal ultrasound.

27.

The abdominal ultrasound was performed at Phoebe Putney Memorial Hospital on October 14, 2019. The ultrasound report shows a diagnosis of cholelithiasis, or gallstones. It is also documented that there was fluid in the abdominal cavity.

28.

The following day, on October 15, 2019, Mr. Barwick's condition deteriorated rapidly. He presented to the Emergency Department at Phoebe Putney Memorial Hospital with complaints of right upper quadrant pain and was noted to have significant arrhythmia and fullness in the right upper quadrant.

29.

A CT scan was performed at the hospital, which showed multiple abscesses intra and extra-peritoneal with findings concerning for necrotizing fasciitis of the abdominal wall. It is noted that the appendix was not visualized. The CT report states, "cannot exclude potential etiology for the above abscesses as being the appendix however surgical correlation is needed."

30.

Mr. Barwick was diagnosed with sepsis and was sent in for emergency surgery for possible necrotizing fasciitis with intra-abdominal abscesses.

31.

On October 16, 2019, Mr. Barwick underwent an open right hemicolectomy with stapled anastomosis for drainage of intraabdominal abscess.

32.

The operative report states that Mr. Barwick was "clinically septic with evidence of necrotizing fasciitis in intraabdominal abscess on CT scan." The operative report further states that the "probable origin of the abscess was from behind the cecum with a probable perforated appendix."

33.

The post-operative medical records state that Mr. Barwick was septic with multiple abdominal abscesses and necrotizing fasciitis, with "etiology perforated appendix."

34.

Following surgery, Mr. Barwick was taken to the ICU in critical condition.

35.

Mr. Barwick subsequently developed acute respiratory failure and required mechanical ventilation.

36.

Over the next two months, Mr. Barwick underwent a series of surgeries in an attempt to save his life.

37.

On October 24, 2019, surgery was performed at the Doctors' Hospital for application of Instill wound VAC to the abdomen.

38.

On November 12, 2019, Mr. Barwick underwent surgery for application of PriMatrix and wound VAC to the abdomen.

39.

On November 18, 2019, another surgery was done for application of wound VAC to the abdomen.

40.

On November 21, 2019, Mr. Barwick underwent an abdominal intraoperative exploration surgery for application of split-thickness skin grafts to the abdomen.

41.

As a result of the above-described events, Mr. Barwick is permanently disabled.

42.

As a result of the above-described events, Mr. Barwick experienced, and continues to experience, significant mental and physical pain and suffering.

43.

As a result of the above-described events, Mr. Barwick has been unable to work and has incurred lost wages.

44.

Plaintiffs seek reimbursement for all past, present, and future medical expenses, lost wages, loss of capacity to work, and loss of enjoyment of life arising from the incident described herein, in addition to reimbursement for past, present, and future mental and physical pain and suffering.

## **COUNT I**

45.

Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 44 above as if fully set forth herein.

46.

At all times material herein, AAPHC and its agents and employees had a duty to James Barwick to provide medical treatment within the standard of care normally exercised by physicians and healthcare providers under the conditions and similar surrounding circumstances.

47.

AAPHC and its agents and employees were negligent in the care and treatment of James Barwick and failed to comport with the requisite standard of care.

48.

AAPHC and its agents and employees, including Dr. Poulos and the other providers at AAPHC, deviated from the applicable standard of care by failing to send Mr. Barwick to the hospital immediately following the October 11, 2019 visit to undergo an abdominal CT. Specifically, the history, physical examination, and results from the CBC blood test on October 11, 2019 showed that Mr. Barwick was in need of immediate medical evaluation and treatment.

49.

If an abdominal CT scan had been performed on October 11, 2019, it is more likely than not it would have shown that Mr. Barwick had an inflamed and/or perforated appendix, and emergent surgery could have been performed on that date.

50.

It is more likely than not that if surgical intervention had taken place on October 11, 2019, the cascade of problems suffered by Mr. Barwick, outlined above, could have been avoided.

51.

The above-described acts and omissions of Defendant and its agents and employees were contributing factors and proximate causes of the catastrophic injuries suffered by James Barwick.

52.

Attached hereto in accordance with O.C.G.A. § 9-11-9.1 is the Affidavit of Matthew Higgins, M.D. setting forth at least one negligent act or omission claimed to exist and the basis for such claim against Defendant and its agents and employees.

53.

Defendant is vicariously liable for the acts and omissions of its agents and employees.

WHEREFORE Plaintiff prays:

a. That Summons be issued requiring Defendant to plead or appear as required by law to answer this Complaint;

b. That service be had upon the Defendant as required by law;

c. That a trial by jury be held;

d. That Plaintiff have and recover from Defendant an amount in excess of $10,000 to be proven at trial as damages for the related past, present, and future medical expenses incurred;

e. That Plaintiff have and recover from Defendant an amount in excess of $10,000 to be proven at trial as damages for past, present, and future lost wages;

f. That Plaintiff have and recover from the Defendant an amount to be proven at trial in excess of $10,000 for his past, present, and future mental and physical pain and suffering;

g. That Plaintiff have and recover from the Defendant an amount to be proven at trial in excess of $10,000 for his permanent disabilities;

h. That all costs be cast against the Defendant; and

i. That the Court award such other and further relief as the Court may deem just and proper.

Respectfully submitted this 10th day of August, 2021.

> */s/: Lee Gutschenritter*
> LEE GUTSCHENRITTER
> Ga. Bar No. 831583
> STEVEN R. WISEBRAM
> Ga. Bar No. 771350
> FINCH McCRANIE, LLP
> 225 Peachtree Street, NE
> 1700 South Tower
> Atlanta, GA 30303
> (404) 658-9070 / (800) 228-9159
> (404) 688-0649 facsimile
> lee@finchmccranie.com
> swisebram@finchmccranie.com
> *Counsel for Plaintiff James Barwick*