IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JAMES BARWICK,                              *

              Plaintiff,            *

v.                                                             Case No. 1:21-CV-144 (LAG)

                          *

UNITED STATES OF AMERICA,           *

              Defendant.           *

_____           *

**<u>AMENDED JUDGMENT</u>**

      Pursuant to this Court's Order dated December 23, 2024 and for the reasons stated therein, AMENDED JUDGMENT is hereby entered in favor of Plaintiff in the amount of $8,580,558.85. Plaintiff shall also recover costs of this action.

      This 26th day of December, 2024.

                        David W. Bunt, Clerk


                        s/ Kathleen S. Logsdon, Deputy Clerk